# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13-cv-109

| | |
|---|---|
| DONALD LEE HUTTO, an Individual, and SANDRA SEAY HUTTO, his spouse,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>        Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on Josephine H. Hicks' Application for Admission to Practice *Pro Hac Vice* of Matthew Culp. It appearing that Matthew Culp is a member in good standing with the Missouri State Bar and will be appearing with Josephine H. Hicks, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Josephine H. Hicks' Application for Admission to Practice *Pro Hac Vice* (#62) of Matthew Culp is **GRANTED**

and that Matthew Culp is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Josephine H. Hicks.

Signed: November 12, 2013

Dennis L. Howell
United States Magistrate Judge