**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv109**

| | | |
|---|---|---|
| **DONAL LEE HUTTO and SANDRA SEAY HUTTO,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **AIR & LIQUID SYSTEMS CORPORATION, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

Pending before the Court are the Motions for Leave to Appear Additional

Counsel [# 98, # 99, & # 100].  Several attorneys move for leave to appear by

special admission in this case without being admitted *pro hac vice*.  None of the

attorneys are members of the North Carolina bar.  Upon a review of the pleadings

and the record, the Court **DENIES** the motions [# 98, # 99, & # 100].  If these

attorneys want to be placed on the docket sheet as attorneys of record, then they

will need to be admitted *pro hac vice* in this case.  The Court will not allow them

to practice in this Court by special admission pursuit to Local Rule 83.1(D)(2).

Signed: February 10, 2014

Dennis L. Howell
United States Magistrate Judge