THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00109-MR-DLH

DONALD LEE HUTTO, et al., )
)
        Plaintiffs, )
)
vs. ) **O R D E R**
)
AIR & LIQUID SYSTEMS )
CORPORATION, et al., )
)
        Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Flowserve Corporation only in its capacity as successor in interest to Aldrich Pump Company [Doc. 149].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 149] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Flowserve Corporation, only in its capacity as successor in interest to Aldrich Pump Company, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**   Signed: April 21, 2014

*Martin Reidinger*
United States District Judge