IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 109

| | |
|---|---|
| DONALD LEE HUTTO, an Individual and DANDRA SEAY HUTTO, his spouse,<br><br>Plaintiffs<br><br>v<br><br>AIR & LIQUID SYSTEMS CORPORATION, et. al.,<br><br>Defendants | **ORDER** |

**THIS MATTER** has come before the undersigned pursuant to a Joint Motion to Stay Amended Pretrial Order and Case Management Plan Entered May 23, 2014 (#161) filed by the parties. In the motion, the parties request that the Court stay an Amended Pretrial Order and Case Management Plan filed on May 23, 2014 (#160) and further request that the Court enter a second Amended Pretrial Order and Case Management Plan as suggested by the parties. The undersigned will deny the motion to stay but will allow the request of the parties to enter a proposed Second Amended Pretrial Order and Case Management Plan as proposed by the parties. This Order is entered after further consultation by the undersigned with the District Court.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Joint Motion to Stay Amended Pretrial Order and Case Management Plan to Entered May 23, 2014(#161) is **DENIED** in part and **ALLOWED** in part. The Motion to Stay (#161) is **DENIED**, but the portion of the motion requesting the entry of a Second Amended Pretrial Order and Case Management Plan is **ALLOWED**. A Second Amended Pretrial Order and Case Management Plan will be entered separately by the Court.

Signed: June 9, 2014

Dennis L. Howell
United States Magistrate Judge