THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00109-MR-DLH

DONALD LEE HUTTO, et al., )
)
                Plaintiffs, )
)
  vs. )     **O R D E R**
)
AIR & LIQUID SYSTEMS )
CORPORATION, et al., )
)
                Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Crosby Valve, Inc. [Doc. 170].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 170] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Crosby Valve, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 19, 2014

Martin Reidinger
United States District Judge