# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00109-MR-DLH

| | |
|---|---|
| DONALD LEE HUTTO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AIR & LIQUID SYSTEMS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Zurn Industries, LLC [Doc. 173].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 173] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Zurn Industries, LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Date Signed: June 24, 2014

Martin Reidinger
United States District Judge