IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv109

| | |
|---|---|
| DONAL LEE HUTTO and SANDRA SEAY HUTTO, ) ) ) Plaintiff, ) ) v. ) ) AIR & LIQUID SYSTEMS ) CORPORATION, et al., ) ) Defendants. ) _____ ) | ORDER |

Pending before the Court is the Motion for Extension of Time [# 184]. Plaintiffs and all but three of the Defendants move to extend the discovery deadline by thirty days. Upon a review of the motion, the record, and for good cause shown, the Court **GRANTS** the motion [# 184]. The Court **EXTENDS** the discovery deadline until October 31, 2014, and the summary judgment deadline until November 15, 2014. Any discovery motions must be filed by October 15, 2014.

Signed: October 2, 2014

Dennis L. Howell
United States Magistrate Judge