# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13-cv-109

| | |
|---|---|
| DONALD LEE HUTTO, an Individual, and SANDRA SEAY HUTTO, his spouse, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al., )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on Jennifer M. Techman's Application for Admission to Practice *Pro Hac Vice* of Carol A. Zuckerman. It appearing that Carol A. Zuckerman is a member in good standing with the Maryland State Bar and will be appearing with Jennifer M. Techman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jennifer M. Techman's Application for Admission to Practice *Pro Hac Vice* (#187) of Carol A. Zuckerman is

**GRANTED** and that Carol A. Zuckerman is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jennifer M. Techman.

Signed: October 14, 2014

Dennis L. Howell
United States Magistrate Judge