THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00109-MR-DLH

DONALD LEE HUTTO, et al., )
)
         Plaintiffs, )
)
vs. )    <u>O R D E R</u>
)
AIR & LIQUID SYSTEMS )
CORPORATION, et al., )
)
         Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Air & Liquid Systems Corporation [Doc. 196].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 196] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Air & Liquid Systems Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

    IT IS SO ORDERED.

Signed: October 24, 2014

Martin Reidinger
United States District Judge