**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:13-cv-00109-MR-DLH**

| | |
|---|---|
| **DONALD LEE HUTTO, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **AIR & LIQUID SYSTEMS** ) | |
| **CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

     **THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant General Electric Company [Doc. 227].

     For the reasons stated in the motion, and for cause shown,

     **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 227] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant General Electric Company are hereby **DISMISSED WITH PREJUDICE**.

     **IT IS SO ORDERED.**

Martin Reidinger
United States District Judge