# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:13-cv-109

| | |
|---|---|
| DONALD LEE HUTTO, an Individual, ) | |
| and SANDRA SEAY HUTTO, his ) | |
| spouse, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AIR & LIQUID SYSTEMS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on William Michael Starr's Application for Admission to Practice *Pro Hac Vice* of Gregory R. Youman. It appearing that Gregory R. Youman is a member in good standing with the State Bars of Massachusetts and New York and will be appearing with William Michael Starr, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that William Michael Starr's Application for Admission to Practice *Pro Hac Vice* (#229) of Gregory R. Youman

is **GRANTED** and that Gregory R. Youman is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with William Michael Starr.

Signed: January 9, 2015

Dennis L. Howell
United States Magistrate Judge