# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:13-cv-109

DONALD LEE HUTTO, an Individual, )
and SANDRA SEAY HUTTO, his )
spouse, )
 )
   Plaintiffs, )
 )
  vs. )  **O R D E R**
 )
**AIR & LIQUID SYSTEMS** )
**CORPORATION, et al.,** )
 )
   Defendants. )
_____ )

   **THIS MATTER** is before the Court on Travis A. Bustamante's Application for Admission to Practice *Pro Hac Vice* of Michael J. Sechler. It appearing that Michael J. Sechler is a member in good standing with the Pennsylvania State Bar and will be appearing with Travis A. Bustamante, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

   **IT IS, THEREFORE, ORDERED** that Travis A. Bustamante's Application for Admission to Practice *Pro Hac Vice* (#235) of Michael J. Sechler

is **GRANTED** and that Michael J. Sechler is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Travis A. Bustamante.

Signed: January 13, 2015

Dennis L. Howell
United States Magistrate Judge