THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00109-MR-DLH

DONALD LEE HUTTO, et al., )
 )
            Plaintiffs, )
 )
vs. )    **O R D E R**
 )
AIR & LIQUID SYSTEMS )
CORPORATION, et al., )
 )
            Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Flowserve US, Inc. as successor to Edward Valves, Inc., Nordstrom Valves, Inc. and Worcester Controls Company [Doc. 237].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 237] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Flowserve US, Inc. as successor to Edward Valves, Inc., Nordstrom Valves, Inc. and Worcester Controls Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: January 15, 2015

Martin Reidinger
United States District Judge