THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-109

| | |
|---|---|
| DONALD LEE HUTTO, an Individual, and SANDRA SEAY HUTTO, his spouse, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| AIR & LIQUID SYSTEMS CORPORATION, et al., ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on Cliff Hutchinson's Application for Admission to Practice *Pro Hac Vice* of Clifton T. Hutchinson. It appearing that Clifton T. Hutchinson is a member in good standing with the Texas State Bar and will be appearing with Cliff Hutchinson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Cliff Hutchinson's Application for Admission to Practice *Pro Hac Vice* (#254) of Clifton T. Hutchinson is

**GRANTED** and that Clifton T. Hutchinson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Cliff Hutchinson.

Signed: February 9, 2015

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge