# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13-cv-109

| | |
|---|---|
| DONALD LEE HUTTO, an Individual, and SANDRA SEAY HUTTO, his spouse,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>AIR & LIQUID SYSTEMS CORPORATION, et al.,  )<br>)<br>)<br>Defendants.  )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Tracy E. Tomlin's Application for Admission to Practice *Pro Hac Vice* of Richard A. Farrier. It appearing that Richard A. Farrier is a member in good standing with the South Carolina State Bar and will be appearing with Tracy E. Tomlin, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Tracy E. Tomlin's Application for Admission to Practice *Pro Hac Vice* (#257) of Richard A. Farrier is **GRANTED**

and that Richard A. Farrier is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Tracy E. Tomlin.

Signed: February 13, 2015

Dennis L. Howell
United States Magistrate Judge