THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00109-MR-DLH

DONALD LEE HUTTO, et al., )
)
        Plaintiffs, )
)
vs. ) **O R D E R**
)
AIR & LIQUID SYSTEMS )
CORPORATION, et al., )
)
        Defendants. )
_____ )

**THIS MATTER** is before the Court on the Plaintiffs' Consent Motion to Dismiss Linde LLC [Doc. 269].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion [Doc. 269] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Linde LLC, a Delaware Corporation, formally known as The BOC Group, Inc., formerly known as Airco, Inc. (identified in the Amended Complaint as Airco Welders Supply) are hereby **DISMISSED WITH PREJUDICE**.[1]

---

[1] In an Order entered December 23, 2014, the Court previously dismissed this Defendant without prejudice. [Doc. 226].

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge