THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00109-MR-DLH

DONALD LEE HUTTO, et al.,         )
                                  )
                  Plaintiffs,     )
                                  )
     vs.                          )     **O R D E R**
                                  )
AIR & LIQUID SYSTEMS              )
CORPORATION, et al.,              )
                                  )
                  Defendants.     )
_____ )

**THIS MATTER** is before the Court *sua sponte*.

On February 20, 2015, this matter came to be called for a final pretrial conference. At that time, the parties announced that this matter had been completely settled. The parties were instructed to file an agreement for the entry of judgment or a stipulation of dismissal within 60 days or the Court would dismiss the case without prejudice. More than 60 days have passed, and the Plaintiffs' claims against the following defendants remain pending: Flowserve Corporation, individually and as successor to Byron Jackson Pump Company; Flowserve Corporation, individually and as successor in interest to Worcester Valve Co.; Goulds Pumps; ITT Corporation; and SFS (USA) Holding Inc., doing business as Peerless Pump Company.

Accordingly, the Plaintiffs' claims against these Defendants shall be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' claims against the following defendants are **DISMISSED WITHOUT PREJUDICE**: Flowserve Corporation, individually and as successor to Byron Jackson Pump Company; Flowserve Corporation, individually and as successor in interest to Worcester Valve Co.; Goulds Pumps; ITT Corporation; and SFS (USA) Holding Inc., doing business as Peerless Pump Company.

**IT IS SO ORDERED.**

Signed: April 27, 2015

Martin Reidinger
United States District Judge