# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Donald Lee Hutto<br>Sandra Seay Hutto, | ) | JUDGMENT IN CASE |
| Plaintiffs, | ) | 1:13-cv-00109-MR-DLH |
| vs. | ) | |
| Air & Liquid Systems Corporation et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 27, 2015 Order.

April 27, 2015

_____
Frank G. Johns, Clerk
United States District Court