THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00109-MR-DLH

DONALD LEE HUTTO, et al.,       )
                                )
           Plaintiffs,          )
                                )
    vs.                         )    **O R D E R**
                                )
AIR & LIQUID SYSTEMS            )
CORPORATION, et al.,            )
                                )
           Defendants.          )
_____)

**THIS MATTER** is before the Court on the parties' Joint Motions to Dismiss with Prejudice [Docs. 276, 277].

For the reasons stated in the motions, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Motions [Docs. 276, 277] are **GRANTED**, and all of the Plaintiffs' claims against the Defendants Goulds Pumps, Inc. and ITT Corporation are hereby **DISMISSED WITH PREJUDICE**.[1]

---

[1] In an Order entered April 27, 2015, the Court previously dismissed these Defendants without prejudice. [Doc. 274].

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge